# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

LAURA BIEGAJSKI,

    Plaintiff,

vs.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

Case No. 3:18-cv-132

District Judge Thomas M. Rose
Magistrate Judge Michael J. Newman

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (Doc. #13), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. #13) is **ADOPTED** in full;

2. The Commissioner's non-disability determination is **REMANDED** to the Commissioner for immediate further action under the Sixth Sentence of 42 U.S.C. § 405(g); and

3. This case is administratively terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: May 16, 2019

*s/Thomas M. Rose
Thomas M. Rose
United States District Judge