# UNITED STATES DISTRICT COURT
for the

| | |
|---|---|
| Laura Biegajski ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:18-CV-132 |
| Commisioner of Social Security ) | |
| *Defendant* ) | |

## \* AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Judgment in favor of Plaintiff and against Defendant; Case is remanded to the commissioner  * under the sixth sentence of 42 U.S.C. § 405(g) for immediate further action.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas M. Rose  on a motion for Report and Recommendations.

Date:  8/30/19

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk